United States District Court

Eastern District of California

Philip J. Syzemore,

       Petitioner,        No. Civ. S 05-775 MCE PAN P

  vs.                        Order

Board of Prison Terms,

       Respondent.

-oOo-

   Petitioner seeks leave to proceed in forma pauperis in a habeas corpus action. A habeas petitioner must either pay a $5.00 filing fee or submit an affidavit showing he or she is unable to pay or give security for the fee. 28 U.S.C. § 1915(a).

   Petitioner's in forma pauperis affidavit shows he has a prison job and earns $100.00 per month. Petitioner has failed to show he is unable to pay the filing fee. <u>Alexander v. Carson Adult High School</u>, 9 F.3d 1448 (9th Cir. 1993).

1   Accordingly, within 20 days petitioner must submit the $5.00
2  filing fee to the Clerk of the Court.  Otherwise the case will be
3  closed.
4   So ordered.
5   Dated:  April 26, 2005.

```
                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge
```