United States District Court

Eastern District of California

Philip J. Syzemore,

     Petitioner,     No. Civ. S 05-775 MCE PAN P

  vs.                    Order

Board of Prison Terms,

     Respondent.

-oOo-

    Petitioner seeks leave to proceed in forma pauperis in a habeas corpus action. A habeas petitioner must either pay a $5.00 filing fee or submit an affidavit showing he or she is unable to pay or give security for the fee. 28 U.S.C. § 1915(a).

    Petitioner's in forma pauperis affidavit shows he has a prison job and earns $100.00 per month. Petitioner has failed to show he is unable to pay the filing fee. <u>Alexander v. Carson Adult High School</u>, 9 F.3d 1448 (9th Cir. 1993).

Accordingly, within 20 days petitioner must submit the $5.00 filing fee to the Clerk of the Court.  Otherwise the case will be closed.

So ordered.

Dated:  April 26, 2005.

                                 /s/ Peter A. Nowinski
                                 PETER A. NOWINSKI
                                 Magistrate Judge