United States District Court

Eastern District of California

Philip J. Syzemore,

    Petitioner,

vs.

Board of Prison Terms,

    Respondent.

No. Civ. S-05-0775 MCE PAN P

Order

-oOo-

Petitioner, a state prisoner without counsel, applied for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner names as respondent the Board of Prison Terms. The proper respondent is the warden at the prison where petitioner is confined. See <u>Stanley v. California Supreme Court</u>, 21 F.3d 359, 360 (9th Cir. 1994).

Accordingly, the court hereby orders that:

1. The Clerk of the Court shall send petitioner a petition for writ of habeas corpus.

1      2.  Within 30 days, petitioner shall file an amended
2 petition on the form provided, naming as respondent the warden at
3 the prison where he is confined.  Otherwise this action will be
4 dismissed without prejudice.
5      Dated:  May 12, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge