1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PHILIP J. SYZEMORE,

11            Petitioner,                    No. CIV S-05-0775 MCE EFB P

12       vs.

13   BOARD OF PRISON TERMS, et al.,

14            Respondents.                   ORDER

15   _____/

16       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28

17   U.S.C. § 2254.  On November 29, 2006, petitioner, through his counsel, requested an extension

18   of thirty days within which to file a responsive pleading to respondents' amended motion to

19   dismiss.  Good cause appearing, that request will be granted.

20       Accordingly, it is ORDERED that:

21       1.  Petitioner's November 29, 2006, request for an extension of time is granted;

22       2.  Petitioner has thirty days from the date of this order within which to file a responsive

23   pleading to respondents' amended motion to dismiss.

24   Dated:  November 30, 2006.

25

26                      EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE