IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**PHILLIP J. SYZEMORE**,  ) CIV S-05-0775 MCE EFB P
)
Petitioner, )
) **ORDER**
v. )
)
**BOARD OF PRISON TERMS, et al.**, )
)
Respondent. )
)
_____ )

Petitioner's request to have the petition in this matter dismissed is hereby granted. The petition for writ of habeas corpus filed April 7, 2005, and amended May 31, 2005, is dismissed and this matter is terminated.

Dated: January 18, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE